**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | ) Case No. 2-09-bk-23447-GBN |
| | ) |
| GALLANT, THOMAS G. and | ) Chapter 7 |
| GALLANT, HEIDI, | ) |
| | ) **APPLICATION FOR ORDER FOR** |
| Debtors. | ) **PAYMENT OF UNCLAIMED** |
| | ) **FUNDS TO U.S. BANKRUPTCY** |
| | ) **COURT** |
| | ) |

_____

 David M Reaves, Trustee, reports that the following dividend checks have been

issued and returned for bad address and no other address is on file with the court.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 3004 | 01/31/11 | Premiere Development Inc 2111 E Highland Ave Ste 200 Phoenix, AZ 85016 | $32.38 |
| 3005 | 01/31/11 | Premiere Vacation Club 2111 E Highland Ave Ste 200 Phoenix, AZ 85016 | $12.85 |

 Dated this 28th day of February, 2011.


                                        /s/ David M. Reaves
                                        David M. Reaves, Chapter 7 Trustee

1